**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**
PENSACOLA DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 OR 42 U.S.C. § 1983

Mark A Thompson
1400 Wisteria Ave
Pensacola, FL 32507
(Enter full name of Plaintiff(s))

AMENDED COMPLAINT

vs.

Escambia County Court House
Judge Duncan Scott, Darlene F. Dickey
State Attorney Office, Debra Wallace
Deputy Albert Kalber,
Opal Darlene Blackmon.

CASE NO: 3:18cv416-MCR-CJK
(To be assigned by Clerk)

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

**I.  PLAINTIFF:**
State your full name and full mailing address in the lines below.

Name of Plaintiff: Mark A Thompson
Mailing address: 1400 Wisteria Av
Pensacola FL 32507

**II.  DEFENDANT(S):**
State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1) Defendant's name: Judge Duncan Scott Scott
    Official position: Judge in Escambia County Court House
    Employed at: Escambia County Courthouse
    Mailing address: 190 Government Center
    Pensacola FL 32502

(2) Defendant's name: Judge Darlene F. Dickey
    Official position: Judge
    Employed at: Escambia County Courthouse
    Mailing address: 190 Goverment Courthouse
    Pensacola FL 32502

(3) Defendant's name: Debra Wallace
    Official position: Probation Officer
    Employed at: Escambia County Probation
    Mailing address: 2251 N. Palafox St
    Pensacola FL 32502

(4) Defendant's name: Opal Darlene Blackmon
    Official position: Reselter
    Employed at: —
    Mailing address: 6014 Sivershore Dr.
    Pensacola FL 32507

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

## III.  STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

Clearly this is a vilation of Civil Right. When I had court Judge Duncan Scott, I wanted to take it trial my public defender (A. Harris) and my self. my case was dismissed. I wasn't on felony probation. Then my case was transferred to Judge Darlene F. Dickey. Same charge same case. I was assigned to Bonnie Hannah my Public Defender. Yes I should just took the winning of $2.25 million but it was double jepurity. So I pled out to see what the courthouse would do. I was assigned Debra Wallace, I keep on telling I was harmed I got a V.O.P for a traffic ticket I paided off my tickets. Again V.OP with no physial edvience I went to jail by Judge Kerra A. Smith no family relation. I went to jail for no Reason. I was found not guilty by Judge Kerra A. Smith. Public Defender was Thomas Grove. When Deputy Albert Kalbur took Opal Sistrunk made a false statement. It was a lie no physical edvience.

Escambia Courthouse violated my civial rights
Shriff Department violated my civial rights

## IV. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section III. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

the Sheriff Department violated my civil rights
the Escambia County Court House violated my civil right
the Deputy violated my civil right
and opal Darlene Blackman made a false statement.

## V. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

Why falsely accused of a crime never took place went jail for no reason. I'm not a criminal I seek $150 billion

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

3/20/18
(Date)

Mark [signature]
(Signature of Plaintiff)

Revised 07/02

4