UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARK A. THOMPSON,

    Plaintiffs,

v.                                     Case No. 3:18cv416-MCR-CJK

ESCAMBIA COUNTY COURTHOUSE;
DUNCAN SCOTT; DARLENE F. DICKEY;
STATE ATTORNEY OFFICE; DEBRA
WALLACE; DEPUTY ALBERT KALBER;
and OPAL DARLENE BLACKMON,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On December 4, 2018, the undersigned entered an order (doc. 9) noting the facts as presented in plaintiff's amended complaint fail to support a viable claim for relief against the defendants and pointing out the deficiencies. The undersigned directed the clerk of court to forward plaintiff a civil rights complaint form and allowed plaintiff 30 days in which to file either a notice of voluntary dismissal or a second amended complaint. The undersigned advised that failure to comply with the order as instructed would result in a recommendation that the case be dismissed.

After more than 30 days passed and plaintiff had not complied, the undersigned entered an order (doc. 10) allowing plaintiff 14 days in which to show cause why the matter should not be dismissed for failure to prosecute and/or failure to comply with an order of the court. More than 14 days have passed and plaintiff has not complied.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 28th day of January, 2019.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 3:18cv416-MCR-CJK