**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**MARK A. THOMPSON,**

    **Plaintiffs,**

**v.**          **CASE NO. 3:18cv416-MCR-CJK**

**ESCAMBIA COUNTY COURTHOUSE;**
**DUNCAN SCOTT; DARLENE F. DICKEY;**
**STATE ATTORNEY OFFICE; DEBRA**
**WALLACE; DEPUTY ALBERT KALBER;**
**and OPAL DARLENE BLACKMON,**

    **Defendants.**
_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 28, 2019. ECF No. 11. Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

3. The Clerk shall close the file.

**DONE AND ORDERED** this 4th day of March 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**